**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

**No. 19-1843**

_____

DIANE MARIE GROTH,

        Plaintiff - Appellant,

     v.

PAUL M. NAKASONE,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge. (1:16-cv-02569-JKB)

_____

Submitted: December 19, 2019               Decided: December 23, 2019

_____

Before NIEMEYER, AGEE, and QUATTLEBAUM, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Diane Marie Groth, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Diane Marie Groth appeals the district court's order granting Defendant summary judgment on Groth's retaliation, age and gender discrimination, and harassment claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2019). We have reviewed the record in conjunction with the arguments raised on appeal and discern no reversible error. Accordingly, we affirm the district court's order. *See Groth v. Nakasone*, No. 1:16-cv-02569-JKB (D. Md. filed July 18, 2019 & entered July 19, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*